UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ANTONIO JERMOND WASHINGTON #406859,** | **CIVIL ACTION NO. 5:23-cv-00426 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNNY HEDGEMON,** *ET AL.* | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 13] filed by Defendant Antonio Jermond Washington, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 6] is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the District Court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS, DONE AND SIGNED** in Chambers on this 18th day of July, 2023.

                                              Terry A. Doughty  
                                              United States District Judge